**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6763

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

THORNTON LEWIS WATSON, IV,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:18-cr-00315-D-1)

Submitted:  June 16, 2025                                      Decided:  July 8, 2025

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Thornton Lewis Watson, IV, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thornton Lewis Watson, IV, appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Watson's motion.  *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Watson*, No. 5:18-cr-00315-D-1 (E.D.N.C. Aug. 6, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*